No. 04-00-00612-CV


Yolanda DE LEON,

Appellant


v.


Jane P. DE LEON,

Appellee


From the Probate Court No. 1, Bexar County, Texas

Trial Court No. 1999-PC-3365

Honorable Polly Jackson Spencer, Judge Presiding



PER CURIAM

 

Sitting: Tom Rickhoff, Justice

 Alma L. López, Justice

 Catherine Stone, Justice


Delivered and Filed: June 13, 2001


DISMISSED


 The parties have filed an agreed motion to dismiss this appeal, stating that they have settled
all issues in dispute. The motion is GRANTED. See Tex. R. App. P. 42.1(a)(1). Because the cause
is moot, all previous orders and judgments, both trial and appellate, are set aside and the cause is
dismissed. See Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Hughes, 827 S.W.2d 859, 859 (Tex.
1992); Exxon Corp. v. Butler, 619 S.W.2d 399, 399 (Tex. 1981); Freeman v. Burrows, 141 Tex. 318,
171 S.W.2d 863, 863-64 (1943); Panterra Corp. v. American Dairy Queen, 908 S.W.2d 300, 301
(Tex. App.--San Antonio 1995, no writ). Costs of appeal are taxed against the parties who incurred
them. 

 PER CURIAM

DO NOT PUBLISH